No. 1244, Misc. SMITH *v.* FLORIDA. Dist. Ct. App. Fla., 3d Dist. Certiorari denied. *Earl Faircloth,* Attorney General of Florida, and *Melvin Grossman,* Assistant Attorney General, for respondent.

No. 830, Misc. McFARLAND *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied. *Solicitor General Griswold* for the United States.

No. 1200, Misc. MARINO *v.* PENNSYLVANIA. Sup. Ct. Pa. Certiorari denied. *B. Nathaniel Richter* for petitioner. *James D. Crawford* and *Arlen Specter* for respondent.

No. 1497, Misc. MARX *v.* LaVALLEE, WARDEN. C. A. 2d Cir. Certiorari denied. *Louis J. Lefkowitz,* Attorney General of New York, *Samuel A. Hirshowitz,* First Assistant Attorney General, and *Arlene Silverman,* Deputy Assistant Attorney General, for respondent.

No. 1709, Misc. MINK *v.* UPJOHN Co. Sup. Ct. Mich. Certiorari denied.

No. 1719, Misc. McMURRY *v.* KENTUCKY ET AL. C. A. 6th Cir. Certiorari denied.

No. 1723, Misc. STRICKLAND *v.* NORTH CAROLINA ET AL. C. A. 4th Cir. Certiorari denied.

No. 1734, Misc. LASSITER *v.* UNITED STATES POSTAL DEPARTMENT ET AL. C. A. 3d Cir. Certiorari denied. *Solicitor General Griswold* for respondents.